**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed July 23, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00357-CV

### IN RE MARYBELL LEON, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-35140**

## MEMORANDUM OPINION

On May 7, 2014, relator Marybell Leon filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to vacate the portion of the January 9, 2014 temporary order, which removed relator as the sole managing conservator of one of the two children subject to the underlying

suit, and awarded real party in interest the exclusive right to determine that child's primary residence.

Relator has informed this court that the parties settled at mediation. Relator's request for relief is now moot.

Accordingly, we order relator's petition for writ of mandamus dismissed.


PER CURIAM

Panel consists of Justices Boyce, Busby, and Wise.